# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2989

_____

| | | |
|---|---|---|
| Tracey Allen McGhghy, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Northern District of Iowa. |
| Drug Enforcement Administration, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: July 13, 1999

Filed: July 19, 1999

_____

Before WOLLMAN, Chief Judge, RICHARD S. ARNOLD, and BEAM, Circuit Judges.
_____

PER CURIAM.

Tracey Allen McGhghy appeals the district court's[1] adverse grant of summary judgment to the Drug Enforcement Administration in this action brought under the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Upon de novo review, see Miller v. United States Dep't of Agriculture, 13 F.3d 260, 262 (8th Cir. 1993), the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Michael J. Melloy, Chief Judge, United States District Court for the Northern District of Iowa.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.